UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ALEXANDER KRUTZ,
individually and on behalf of
all others similarly situated,

        Plaintiff,

   v.

ALBANY INTERNATIONAL CORP.,

        Defendant.

CASE NO. 1:18-CV-1720-WCG

## ORDER GRANTING CONDITIONAL CERTIFICATION OF AN FLSA COLLECTIVE CLASS

Pursuant to Plaintiff Alexander Krutz and Defendant Albany International Corp.'s, ("Defendant") Joint Stipulation to Conditionally Certify a Collective Action Pursuant to §216(b) of the Fair Labor Standards Act and Authorize Notice, **IT IS HEREBY ORDERED THAT:**

1. The following collective class is conditionally certified pursuant to 29 U.S.C. §216(b):

> All hourly employees who have filed valid consent forms as of the date of the Court's Order Granting stipulation, and all hourly employees who worked for Albany International Corp. at its Kaukauna, Wisconsin facility and who used Defendant's clock-in/clock-out system between (three years prior to the date of the Court's order), and (date of the Court's Order).

2. Defendant shall, within ten (10) business days of the Court's order granting this Stipulation, identify and produce to Plaintiff's Counsel the first name, last name, last known street address, city, state, zip code, and dates of employment, of all persons who meet the collective class definition above. The collective class list will be produced to Plaintiff's Counsel as an excel spreadsheet with each field of information identified above as a separate column.

3. Plaintiff's Counsel shall be permitted to send the agreed-upon Notice of Right to Join Lawsuit via regular mail, to all individuals within the conditionally certified collective class defined in paragraph 1. Consent forms postmarked or filed with the Court within forty-five (45) days after the first mailing of the Notice will be considered timely. With the exception of Notices that are returned to Counsel for Plaintiff as undeliverable, no reminder notices shall be sent by Plaintiff or his Counsel during the 45-day opt-in period. In the event a Notice is returned as undeliverable, Plaintiff's Counsel shall perform a skip trace on the individual and shall promptly resend the Notice if forwarding information is secured and time remains within the 45-day opt-in period. Plaintiff's Counsel shall not initiate contact with any putative collective class member, prior to them consenting to join the case, during the Notice period regarding the matters alleged in the Complaint. Similarly, Defendant's Counsel shall not initiate contact with putative class members during the Notice period regarding the matters alleged in the Complaint.

4. Counsel for Plaintiff shall promptly file with the Court copies of each consent form that is signed and postmarked within forty-five (45) days of mailing.

5. By stipulating to conditional certification of the collective class, Defendant does not waive or in any way compromise any defenses it has asserted or may assert in this action and does not waive or in any way compromise its right to seek decertification of the conditionally certified action or otherwise challenge a FLSA collective action or Rule 23 class.

Dated at Green Bay, Wisconsin this 25th day of February, 2019.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
U.S. District Court - WIED