# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### GREEN BAY DIVISION

ALEXANDER KRUTZ,
individually, and on behalf of
all others similarly situated,

       Plaintiff,               CASE NO. 18-CV-1720

    v.

ALBANY INTERNATIONAL CORP.,

       Defendant.

## JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS
## AND COLLECTIVE ACTION SETTLEMENT

Plaintiff Alexande Krutz ("Krutz"), individually and on behalf of the potential Opt-In Plaintiffs and the putative Class Members, by and through his attorneys, Hawks Quindel, S.C., by Larry Johnson, Summer Murshid, and Tim Maynard, and Defendant Albany International Corporation ("Albany"), by its attorneys, Constangy, Brooks, Smith & Prophete, LLP by James Coleman and Jason Friedman, submit this Joint Motion for Preliminary Approval of Class and Collective Action Settlement. Krutz and Albany ("the Parties"), through mediation, reached a settlement in this case on October 15, 2018 on a class-wide basis. In connection with this settlement, the Parties respectfully move the Court for the following:

1.    An Order preliminarily approving the Settlement Agreement attached as Exhibit 1 (ECF No. 47-1) to this Motion as fair, reasonable, and adequate;

2.      An Order granting the Parties' Joint Stipulation to Certify a Class

Action Pursuant to FED.R.CIV.P. 23;

3.      An Order appointing Alexander Krutz as the Class Representative;

4.      An Order appointing Hawks Quindel, S.C. as Class Counsel pursuant

to FED.R.CIV.P. 23(g);

5.      An Order approving the Notices of Class Action Settlement, Exhibit C

to the Settlement Agreement (ECF Nos. 47-4) for distribution to all putative

members of the Rule 23 Class and approving that the provision of the Notice of

Class Action Settlement by mail constitutes valid, due, and sufficient notice to Rule

23 Class' Members;

6.      An Order that Class Counsel shall mail the Notice of Class Action

Settlement to the Class Members within ten (10) days of the Court's Order

Preliminarily Approving the Settlement Agreement;

7.      An Order that any of the Rule 23 Class' members who wish to exclude

him/herself from the Parties' Settlement of state and/or local law claims as defined

in the Agreement must exclude himself/herself per the instructions set forth in the

Notice within thirty (30) days of the mailing of the Notice;

8.      An Order that any of the Rule 23 Class members who do not exclude

him/herself shall be bound by the Court's Order Finally Approving the Settlement;

9.      An Order that any of the Rule 23 Class members who wish to object in

any way to the proposed Settlement Agreement must file and serve such written

objections per the instructions set forth in the  Notice no later than thirty (30) days

after the mailing of the Notice, together with copies of all papers in support of his or her position;

10.     An Order that Class Counsel shall file a Motion for Approval of Attorneys' Fees and Costs by January 31, 2020; and

11.     An Order that the Court shall determine at the Fairness Hearing in what amount attorneys' fees and reimbursement of costs and expenses should be awarded to Class Counsel.

Dated this 18th day of December, 2019.

Respectfully submitted,

**s/ James M. Coleman**
James M. Coleman, VA SBN 27379
jcoleman@constangy.com
Jason D. Friedman, MN SBN 0399808
jfriedman@constangy.com

**Constangy, Brooks, Smith & Prophete, LLP**

12500 Fair Lakes Circle, Suite 300
Fairfax, VA 22033
(571) 522-6100 (office)
(571) 522-6101 (facsimile)

**Attorneys for Defendant**

Respectfully submitted,

**s/ Summer H. Murshid**
Larry A. Johnson, SBN 105619
ljohnson@hq-law.com
Summer H. Murshid, SBN 1075404
smurshid@hq-law.com
Timothy P. Maynard, SBN 1080953
tmaynard@hq-law.com

**Hawks Quindel, S.C.**

222 East Erie Street, Suite 210
PO Box 442
Milwaukee, WI 53201-0442
Telephone: (414) 271-8650
Fax: (414) 271-8442

**Attorneys for Plaintiff**