IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ALEXANDER KRUTZ,
individually, and on behalf of
all others similarly situated,

      Plaintiff,                                         CASE NO. 18-CV-1720

    v.

ALBANY INTERNATIONAL CORP.,

      Defendant.

## ORDER

On December 18, 2019, the Parties filed a Joint Motion for Approval of Collective Action Settlement Agreement, Award of Attorneys' Fees and Costs, and Entry of Order and explained why they believe the settlement agreement reflects a reasonable compromise of the disputed issues. (ECF No. 47.) The Parties' Settlement Agreement ("Settlement Agreement") was attached to their motion. (ECF No. 47-1.) The Parties agreed that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The Parties requested the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

    IT IS HEREBY ORDERED:

1.      The Settlement Agreement (ECF No. 47-1) is fair, reasonable, and reflects a reasonable compromise of bona fide disputes between the Parties and GRANTS the Parties' Joint Motion for Approval of Collective Action Settlement and Award of Attorneys' Fees and Costs.

2.      The Court finds that Plaintiff's Counsel's attorneys' fees and costs are reasonable and fair and grants that request, and awards Hawks Quindel, S.C. $105,000.00 in attorneys' fees and $10,660.79 in costs and hereby orders Defendant Albany International to make payments to Hawks Quindel as agreed to in, and pursuant to, the Settlement Agreement.

3.      The Parties shall comply with the terms of their Settlement Agreement and the Court hereby orders Defendant Albany International to make the settlement payments to Collective and Class Members as agreed to in, and pursuant to, the Settlement Agreement. The Court further hereby orders that the Plaintiff, and Collective and Class members fully comply with each and every obligation imposed on each of them in the Settlement Agreement.

4.      The Court further orders Defendant Albany International to deliver the settlement payments, as provided in the Settlement Agreement, to Plaintiff's Counsel, at the following address, by the end of business within 21 days after this Final Order is no longer appealable (30 days after its entry) so long as no appeal is filed, if the date above falls on a weekend, the following business day:

    Summer H. Murshid
    Hawks Quindel, S.C.
    222 East Erie Street, Suite 210
    Milwaukee, WI 53201

5. By consent of the Parties, the Court shall retain jurisdiction for the sole-purpose of enforcing the terms of the Settlement Agreement contained herein.

6. Except as provided for in paragraphs 1 through 5 above, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs not otherwise provided for the Settlement Agreement or this order.

7. There being no just cause for delay, the Court enters this judgment pursuant to R. 54(b) of the Fed. R. Civ. P. so as to make it final and immediately appealable.

Dated at Green Bay, Wisconsin, this 21st day of February, 2020.

BY THE COURT:

s/William C. Griesbach
William C. Griesbach
U.S. Chief District Judge